AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Armani Davis-Malone | ) | Case No:   0645 2:22CR20362(1) |
| | ) | USM No:   07106-510 |
| Date of Original Judgment:   6/16/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Natasha Webster |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant's new guideline range is 57 to 71 months. The defendant recieved a sentence of 60 months custody. As the defendant's original sentence is at the lower end of the new guideline range, a sentence reduction is DENIED.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   February 5, 2024            s/Gershwin A. Drain
                                                                          *Judge's signature*

Effective Date: _____                   Gershwin A. Drain, U.S. District Judge
*(if different from order date)*                          *Printed name and title*